# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3037

_____

| | |
|---|---|
| Brian Finney, | * |
| | * |
| Appellant, | * Appeal from the United States |
| | * District Court for the |
| v. | * Eastern District of Missouri. |
| | * |
| Dave Dormire, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: April 10, 2000
Filed: April 21, 2000

_____

Before BOWMAN and HANSEN, Circuit Judges, and CARMAN,[1] Judge.

_____

PER CURIAM.

Brian Finney appeals from the order of the District Court[2] denying Finney's petition for a writ of habeas corpus. Challenging his state-court conviction and sentence on charges of first degree burglary, first degree robbery, armed criminal action, and felonious restraint, Finney's habeas petition raised seven grounds for habeas

_____

[1]The Honorable Gregory W. Carman, Chief Judge, United States Court of International Trade, sitting by designation.

[2]The Honorable Jean Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

relief.  In a thorough and well-reasoned opinion, the District Court rejected all of Finney's claims and dismissed his petition.

The District Court then granted a certificate of appealability on all seven of Finney's claims, and Finney reasserts them on appeal.

Having considered the case, we conclude that the District Court correctly disposed of all of Finney's claims.  Because an extended opinion by this Court would add nothing of substance to the District Court's comprehensive opinion, we affirm on the basis of that opinion.

AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.